IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR-264 |
| | § | Judge Jordan |
| TIMOTHY ELOY GUERRERO | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Indictment with violations of 18 U.S.C. §§ 933(a)(2), (3) (Trafficking in Firearms; Attempt). The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. The defendant knowingly received or attempted to receive a firearm that had moved from one state to another or from a foreign nation to the United States; and

2. While knowing or having reasonable cause to believe that such receipt would constitute a Federal or State felony.

Elements of Offense - Page 1

Respectfully submitted,

DAMIEN M. DIGGS
United States Attorney
Eastern District of Texas

*/s/ Matthew T. Johnson*
Matthew T. Johnson
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
(903) 868-9454
(903) 892-2792 (fax)
Matthew.Johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of this document through the district court's Case Management/Electronic Case File ("CM/ECF") system on July 18, 2024. All case participants should have received notice of the filing through the CM/ECF system.

/s/ Matthew T. Johnson
MATTHEW T. JOHNSON