IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22-CR-264 |
| | § | Judge Jordan |
| TIMOTHY ELOY GUERRERO | § | |

## FACTUAL BASIS

The defendant, TIMOTHY ELOY GUERRERO, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That I, TIMOTHY ELOY GUERRERO am pleading guilty to Count One of the Indictment, 18 U.S.C. §§ 933(a)(2), (3) (Trafficking in Firearms; Attempt), and am the same person charged in the Indictment.

2. That the events alleged in the Indictment occurred in the Eastern District of Texas on or about the dates and places specified in the Indictment.

3. That on or about September 9, 2022 I knowingly received or attempted to receive a firearm, to wit: a Barrett, A2A1, .50 caliber rifle.

4. That the Barrett, A2A1, .50 caliber rifle's serial number had been removed, altered or obliterated and I knew that the serial number of the firearm had been removed, altered or obliterated.

5. That I knew or had reasonable cause to believe that the receipt of said firearm would constitute a felony offense under Federal or State law, punishable by imprisonment for a term exceeding one year.

6. That said rifle listed in paragraph three above, had traveled in interstate or foreign commerce as defined by 18 U.S.C. § 921(a)(2).

DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read or had read to me this factual basis in support of my plea agreement and the Indictment and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that the United States can prove each of these acts and that it accurately describes my acts and the events as recited as I know them.

Dated: 7-7-24

TIMOTHY ELOY GUERRERO
Defendant

DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis in support of plea agreement and the Indictment and have reviewed them with my client. Based upon my discussion with the defendant, I am satisfied that the defendant understands the factual basis as well as the Indictment, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 7-7-24

GUY WOMACK
Attorney for Defendant